OPINION

Per curiam.
Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. Ex parte Young, 418 S.W.2d 824, 826 (Tex.Crim.App.1967). Applicant was convicted of murder, and sentenced to life imprisonment. The Twelfth Court of Appeals affirmed his conviction. Tiede v. State, No. 12-99-00182-CR, 2002 WL 31618281 (Tex.App.—Tyler, delivered November 20, 2002, pet. refd).
Applicant alleges there is newly available relevant scientific evidence that contradicts the scientific evidence relied upon by the State at trial, and that false evidence was presented at trial thus undermining confidence in the verdict at sentencing.
The trial court, after conducting a live hearing and based upon an extensive record, has recommended that Applicant be granted relief in the form of a new punishment hearing. The State agrees that Applicant is entitled to relief. Ex parte Weinstein, 421 S.W.3d 656 (Tex.Crim.App.2014).
Relief is granted. The sentence in Cause No.l997-C-103-A in the 123rd District Court of Panola County is set aside, and Applicant is remanded to the custody of the Sheriff of Panola County so that a new punishment hearing may be conducted. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.
Copies of this opinion shall be sent to the Texas Department of Criminal Justice—Correctional Institutions Division and Pardons and Paroles Division.
ALCALA, J., filed a concurring opinion in which PRICE, JOHNSON, and COCHRAN JJ., joined.
KELLER, P.J., filed a dissenting opinion in which KEASLER and HERVEY, JJ., joined.
MEYERS, J., would file and set.